# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| NATIONAL BOARD FOR RESPITORY CARE, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | No. CIV-23-1146-R |
| JANA STAFFORD, | ) ) ) | |
| Defendant. | ) | |

## ORDER

On December 15, 2023, Plaintiff filed a complaint against Defendant Jana Stafford. Service appears to have been made on Defendant, as evidenced by the return of service filed January 19, 2024 [Doc. No. 9], however, Defendant has failed to appear, plead, or otherwise respond. The Plaintiff has not attempted to resolve this dispute by moving the Court to enter judgment by default against Defendant or by formally notifying the Court that judgment by default is inappropriate and that additional time is needed to resolve the matter. Therefore, Plaintiff is directed to file, within ten days, a motion seeking a Clerk's Entry of Default, or to show good cause for the failure to do so.

IT IS SO ORDERED this 4th day of March 2023.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE