IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| NATIONAL BOARD FOR RESPIRATORY CARE, INC.,<br><br>        Plaintiff,<br><br>vs.<br><br>JANA STAFFORD,<br><br>        Defendant. | Case No. 5:23-cv-01146-R |

### JOINT MOTION FOR ENTRY OF CONSENT JUDGMENT AND PERMANENT INJUNCTION

COMES NOW Plaintiff National Board for Respiratory Care, Inc. ("Plaintiff") and Defendant Jana Stafford ("Defendant") and hereby jointly move for the entry of the Consent Judgment and Permanent Injunction attached hereto as **Exhibit 1**. As grounds, Plaintiff and Defendant state the following:

Plaintiff and Defendant entered into a Settlement Agreement and Mutual Release ("the Agreement") effective as of February 12, 2024 in order to resolve all claims in this lawsuit. Pursuant to the Agreement, the Parties agreed to file the instant motion requesting the entry of the Consent Judgment and Permanent Injunction attached hereto as **Exhibit 1**.

WHEREFORE, the Parties respectfully request that this Court grant this motion and enter the Consent Judgment and Permanent Injunction.

Respectfully submitted,

**PHILLIP FREE, PLLC**

By: s/Phillip L. Free, Jr.
Phillip L. Free, Jr. (OK# 15765)
1300 E. 9th St., Suite 8
Edmond, OK 73034
Telephone: 405.446.8811
Facsimile: 405.546.5172
Email: phil.free@okciplaw.com

**STINSON LLP**
Colin W. Turner (MO# 66418)
1201 Walnut Street, Suite 2900
Kansas City, MO 64106-2150
Telephone: 816.842.8600
Facsimile: 816.691.3495
Email: colin.turner@stinson.com
*Admitted pro hac vice*

Attorneys for Plaintiff National Board for Respiratory Care

**JANA STAFFORD**

By:_____
Jana Stafford
242 South Eden Avenue,
Shawnee, Oklahoma 74801

2

Respectfully submitted,

**PHILLIP FREE, PLLC**

By:_____
Phillip L. Free, Jr. (OK# 15765)
1300 E. 9th St., Suite 8
Edmond, OK 73034
Telephone: 405.446.8811
Facsimile: 405.546.5172
Email: phil.free@okciplaw.com

**STINSON LLP**
Colin W. Turner (MO# 66418)
1201 Walnut Street, Suite 2900
Kansas City, MO 64106-2150
Telephone: 816.842.8600
Facsimile: 816.691.3495
Email: colin.turner@stinson.com
*Admitted pro hac vice*

Attorneys for Plaintiff National Board for Respiratory Care

**JANA STAFFORD**

By: /s/ Jana Stafford
Jana Stafford
242 South Eden Avenue,
Shawnee, Oklahoma 74801

CORE/0506367.0046/187464962.1

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 4th day of March 2024, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and served the attached document by U.S. Mail on the following, who are not registered participants of the ECF System:

Jana Stafford
242 South Eden Avenue
Shawnee, OK 74801

                                                    s/Phillip L. Free, Jr.
                                                    Phillip L. Free, Jr.

CORE/0506397.0046/187413962.1